# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

148808

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

BEAR CREEK VILLAGE
ASSOCIATION,
          Plaintiff-Appellee,

v

DANIEL J. BAJOR,
          Defendant-Appellant,

and

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
          Defendant.

_____/

SC: 148808
COA: 312346
Macomb CC: 2011-003285-CH

      On order of the Court, the application for leave to appeal the January 16, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



Clerk

h0519